Case 1:07-cv-02605-RDB Document 16-2 Filed 03/25/2008 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 JUN 10 A 11: 46
CLERK'S OFFICE
AT BALTIMORE
DEPUTY

| | |
|---|---|
| SOUTH RIVERKEEPER, a project of SOUTH RIVER FEDERATION, a non-profit corporation, 2830 Solomons Island Road, Suite B, Anne Arundel County, Edgewater, MD 21037 and; CHESAPEAKE BAY FOUNDATION, a non-profit corporation, 6 Herndon Ave., Anne Arundel County, Annapolis, MD 21403;<br><br>Plaintiffs,<br>v.<br><br>ANNAPOLIS TOWNE CENTER AT PAROLE, LLC, 2711 Centerville Road Wilmington, DE 19808; and GREENBERG GIBBONS COMMERCIAL CORPORATION, 10096 Red Run Blvd., Baltimore County, Owings Mills, MD 21117,<br><br>Defendants. | Civil Case No.: 1:07-CV-02605 RDB |

**ORDER**

Based on the above Stipulated Dismissal and there being no objection from the United States Environmental Protection Agency or the United States Department of Justice to same within forty-five (45) days of notice,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Annapolis Towne Center At Parole, LLC and Greenberg Gibbons Commercial Corporation.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter, as set in this Stipulation, for the purpose of enforcing compliance by the parties with the terms and conditions of the Stipulation.

IT IS FURTHER ORDERED that the Clerk shall mail copies of this Order to all counsel of record.

IT IS SO ORDERED

DATED: June 9, 2008

The Honorable Richard D. Bennett
UNITED STATES DISTRICT JUDGE
DISTRICT OF MARYLAND